**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 96-7744**

―――――――――

RICKY WAYNE BOBLETT,

                                    Plaintiff - Appellant,

         versus

RON ANGELONE; LISA EDWARDS; MAJOR PEROTELLI;
EDWARD C. MORRIS; MR. CARR,

                                    Defendants - Appellees,

         and

LARRY D. HUFFMAN; DAN T. MAHON; GENE JOHNSON,

                                    Defendants.

―――――――――

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Jackson L. Kiser, Senior District Judge.  (CA-95-1009)

―――――――――

Submitted:  July 24, 1997          Decided:  August 5, 1997

―――――――――

Before HAMILTON, LUTTIG, and MOTZ, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Ricky Wayne Boblett, Appellant Pro Se.   Pamela Anne Sargent, Assistant Attorney General, Richmond, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Boblett v. Angelone</u>, No. CA-95-1009 (W.D. Va. Oct. 16, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>